| AO 10 Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2018 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) DUBOIS, JAN E. | 2. Court or Organization U.S.D.C., E.D., PA | 3. Date of Report 08/13/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) JUDGE, U.S.D.C. | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

12613 U.S. COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | Morgan Stanley | Liquidated Asset Line | N |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DUBOIS, JAN E. | 08/13/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 10. General Electric Co. (11) | C | Dividend | L | T | | | | | |
| 2. 58. Home Depot Inc. (5) IRA | B | Dividend | M | T | Sold (part) | 02/08/18 | L | F | |
| 3. 59. Intel Corp. (5) IRA | C | Dividend | M | T | | | | | |
| 4. 69. Merck & Co. (5) IRA | C | Dividend | M | T | | | | | |
| 5. 94. Wells Fargo (10) | A | Interest | J | T | | | | | |
| 6. 99. NCR Corporation (12) | | None | J | T | | | | | |
| 7. 102. CitiGroup (5) IRA | B | Dividend | L | T | | | | | |
| 8. 125. Citigroup (9) | A | Dividend | J | T | | | | | |
| 9. 137. Cisco Sys Inc. (5) IRA | C | Dividend | M | T | Sold (part) | 02/08/18 | L | A | |
| 10. 152. Pfizer, Inc. (5) IRA | C | Dividend | M | T | Sold (part) | 02/08/18 | K | C | |
| 11. 162. Ishares MSCI EAFE Fund (6) IRA | B | Dividend | K | T | | | | | |
| 12. 165. BDP-Morgan Stanley Bank (11) | A | Interest | L | T | | | | | |
| 13. 166. Royal Dutch Shell PLC (12) | B | Dividend | K | T | | | | | |
| 14. 173. BDP Morgan Stanley Bank (12) | A | Interest | L | T | | | | | |
| 15. 184. BDP- Morgan Stanley Bank (9) | A | Interest | J | T | | | | | |
| 16. 186. BDP - Morgan Stanley Bank (5) IRA | A | Interest | K | T | | | | | |
| 17. 189. Starbucks Corp. Washington (5) IRA | C | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DUBOIS, JAN E. | 08/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. 193. AT&T (12) | C | Dividend | L | T | | | | | |
| 19. 194. Teradata (12) | | None | J | T | | | | | |
| 20. 197. Manitex Intl Inc. Com. (12) | | None | K | T | Sold (part) | 12/19/18 | K | A | |
| 21. 203. Wisdom Tree Int'l Large CAP (DOL) (6) IRA | B | Dividend | K | T | | | | | |
| 22. 204. Ishares MSCI Emerging Mkts FD(6) IRA | A | Dividend | K | T | Sold (part) | 02/01/18 | K | C | |
| 23. 207. Chesapeake Energy Corp. (5) IRA | | None | J | T | | | | | |
| 24. 211. Morgan Stanley (9) | B | Dividend | K | T | | | | | |
| 25. 212. MS CMT PPN (11) | B | Interest | | | Sold | 12/03/18 | K | D | |
| 26. 213. BDP - Morgan Stanley Bank (6) IRA | A | Interest | K | T | | | | | |
| 27. 215. Facebook Inc. Cl-A (5) IRA | | None | M | T | Sold (part) | 02/08/18 | L | F | |
| 28. 217. Facebook Inc Cl-A (6) IRA | | None | K | T | | | | | |
| 29. 221. USA Technologies (12) | | None | K | T | Sold (part) | 05/24/18 | J | D | |
| 30. | | | | | Donated (part) | | | | |
| 31. 222. Apple, Inc. (11) | C | Dividend | M | T | | | | | |
| 32. 223. Donnelly RR & Sons Co. (9) | A | Dividend | J | T | | | | | |
| 33. 224. Freeport McMoran CP&GLD (6) IRA | A | Dividend | J | T | | | | | |
| 34. 227. Vodaphone (9) | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DUBOIS, JAN E. | 08/13/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | 228. Williams Co Inc (9) | A | Dividend | K | T | | | | | |
| 36. | 229. NRG Yield Inc Class A (9)(68) | B | Dividend | | | Merged<br>(with line 50) | 09/17/18 | K | | |
| 37. | 230. Twitter Inc. (6) IRA | | None | | | Sold | 02/09/18 | K | A | |
| 38. | 231. Qualcomm Inc. (5) IRA | | None | | | Sold | 02/08/18 | L | D | |
| 39. | 232. Discover Fincl Svcs (5) IRA | B | Dividend | L | T | | | | | |
| 40. | 233 Donnelly Financial Solutions, Inc. (9) (61) | | None | J | T | | | | | |
| 41. | 234. LSC Communications, Inc. Com (9) | A | Dividend | J | T | | | | | |
| 42. | 235. Crown Castle International Corporation (9) | B | Dividend | K | T | | | | | |
| 43. | 237. ESC Seventy Seven (5) IRA | | None | J | T | | | | | |
| 44. | 240. Arceleromittal CL A NY Registry (5) IRA (65) | A | Dividend | K | T | | | | | |
| 45. | 241. Dow DuPont Inc. (5) IRA (67) | B | Dividend | L | T | Sold<br>(part) | 02/08/18 | K | E | |
| 46. | 242. Federated US Trsy Csh Res Inst (11) | B | Interest | L | T | | | | | |
| 47. | 243. Ventas Inc. (12) | B | Dividend | K | T | Buy | 05/24/18 | L | | |
| 48. | | | | | | Sold<br>(part) | 11/13/18 | J | B | |
| 49. | 244. Federated US Trsy Csh Res Inst (5) | C | Interest | N | T | | | | | |
| 50. | 245. Clearway Energy Inc. Class A (9)(68) | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DUBOIS, JAN E. | 08/13/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

(5) (Lines 58, 59, 69, 102, 137, 152, 186, 189, 207, 215, 231, 232, 237, 240, 241, 244) Securities in an IRA Account with Morgan Stanley.

(6) (Lines 162, 203, 204, 213, 217, 224, 230) Securities IRA Account with Morgan Stanley.

(9) (Lines 125, 184, 211, 223, 227, 228, 233, 234, 235, 245) Securities in Family Trust with Morgan Stanley.

(10) (Line 94) Checking Account

(11) (Lines 10, 165, 212, 222, 242) Securities in a Brokerage Account with Morgan Stanley.

(12) (Lines 99, 166, 173, 193, 194, 197, 221, 243) Securities in Brokerage Account with Morgan Stanley.

(68) (Line 229, 245) Name change from NRG Yield Inc. Class A to Clearway Energy, Inc. Class A

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JAN E. DUBOIS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544